1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CRAIG BUCHANAN,                               No. 2:17-cv-1497-EFB P

12                    Plaintiff,

13         v.                                        ORDER

14    SHIPMAN, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  He alleges that eighteen years ago, he acquired the Hepatitis C virus while housed

19   at Corcoran State Prison.  ECF No. 1 at 4.  He is currently housed at High Desert State Prison

20   ("HDSP") and names the HDSP Warden as a defendant.  *Id.* at 1.  He also names as defendants a

21   doctor employed at Salinas Valley State Prison, and two doctors employed at Corcoran State

22   Prison.  *Id.* at 4.  He alleges generally, that "defendants" refused to carry out a treatment plan and

23   violated his rights under the Eighth Amendment.  *Id.* at 5, 6.  Although vague, the allegations

24   suggest that plaintiff's claims arose at Corcoran State Prison, which is in Kings County.  Kings

25   County is in the Fresno Division of the United States District Court for the Eastern District of

26   California, and this action should have been commenced there.  E.D. Cal. Local Rule 120(d).

27   Where a civil action has not been commenced in the proper division of a court, the court may, on

28   its own motion, transfer the action to the proper division.  E.D. Cal. Local Rule 120(f).

                                                     1

Accordingly, it is hereby ordered that:

1.  This action is transferred to the Fresno Division.

2.  The Clerk of Court shall assign a new case number.

3.  All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED:  July 26, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2